UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

D-1 David Taylor and
D-2 Michelle Brannon,

        Defendants.
_____/

Case No. 25-cr-20560
Honorable Terrence G. Berg

## NOTICE OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN THAT the above-captioned action is pending in the United States District Court for the Eastern District of Michigan. The following real property, **20320 Superior, Taylor, Michigan 48180,** more fully described as:

> Part of the Northeast 1/4 of Section 27, Town 3 South, Range 10 East, City of Taylor, Wayne County, Michigan, described as follows: Beginning North 89 degrees 37 minutes 36 seconds West 1243.17 feet and North 00 degrees 15 minutes 47 seconds East 952.56 feet and North

1

25 degrees 58 minutes 10 seconds East 402.17 feet and South 89 degrees 30 minutes 00 seconds East 80.09 feet and North 00 degrees 01 minute 15 seconds West 93.13 feet and North 40 degrees 53 minutes 40 seconds East 424.23 feet from the East 1/4 corner of said Section 27; thence North 40 degrees 53 minutes 40 seconds East 385.05 feet; thence South 25 degrees 57 minutes 44 seconds East 428.68 feet; thence along a curve concave to Southeast, arc 228.83 feet, radius 395.00 feet, chord South 57 degrees 31 minutes 21 seconds West 225.64 feet; thence North 49 degrees 07 minutes 04 seconds West 329.61 feet, as recorded (North 49 degrees 10 minutes 00 seconds West 329.67, as measured) to the Point of Beginning

**COMMONLY KNOWN AS: 20320 Superior, Taylor, Michigan 48180**

**PARCEL ID: 60065990001718**

is the subject of criminal forfeiture allegations under 18 U.S.C. § 1594(d) and 18 U.S.C. § 982(a)(1) in the captioned indicted action.

Further information regarding this action may be obtained from the records of the Clerk of the Court, United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan 48226.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

DRAFTED BY AND RETURN TO:

_____
ADRIANA DYDELL
(California Bar #239516)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313)-226-9125

Dated: Tuesday, August 26, 2025

Subscribed to and acknowledged by Assistant U.S. Attorney Adriana Dydell for U.S. Jerome F. Gorgon, Jr., on Tuesday, August 26, 2025

_____
Karen E. Merritt, Notary Public
State of Michigan – County of Wayne
My commission expires: 11/14/2025
Acting in the County of Wayne

3