UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 DAVID TAYLOR and
D-2 MICHELLE BRANNON,

    Defendants.
_____/

Criminal No. 25-cr-20560

Honorable Terrence G. Berg

**GOVERNMENT'S MOTION AND SUPPORTING BRIEF
TO UNSEAL INDICTMENT AND ARREST WARRANTS**

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment and Arrest Warrants in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because defendants have been arrested and are entitled to receive a copy of the Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/ Sarah Resnick Cohen*
Sarah Resnick Cohen  P51968
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
sarah.cohen@usdoj.gov
(313) 226-9637

Dated:  August 27, 2025