UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:25-CR-20560-TGB-KGA |
| | ) |
| DAVID TAYLOR, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW N. Scott Rosenblum and enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON

By:   */s/ N. Scott Rosenblum*
N. SCOTT ROSENBLUM, #33390MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.