AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-20560 |
| David Taylor, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                          .

Date:   09/19/2025

*Attorney's signature*

Christina Randall-James, New York State Bar 535767
*Printed name and bar number*

150 M Street NE
Washington, DC 20002
*Address*

christina.randall-james@usdoj.gov
*E-mail address*

(202) 598-5701
*Telephone number*

(202) 353-8154
*FAX number*