UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                        Case No. 2:25-cr-20560-TGB-KGA
                                          Hon. Terrence G. Berg

Michelle Brannon, et al.,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Michelle Brannon

The defendant(s) shall appear before District Judge Terrence G. Berg at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- APPEAL OF BOND HEARING: October 1, 2025 at 01:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Emily P Vradenburg
                                                        Case Manager

Dated: September 30, 2025