UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 25-CR-20560 |
| | ) |
| MICHELLE BRANNON, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

COMES NOW Defendant, Michelle Brannon, through undersigned counsel, requests an additional ninety (90) days to file pretrial motions. Defendant was arraigned before this Court on September 30, 2025 and discovery has not yet been received from the United States Attorney's Office.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP


By:   /s/   *John P. Rogers*
      JOHN P. ROGERS, #38743MO
      Attorney for Defendant
      120 S. Central Avenue, Suite 160
      Clayton, Missouri 63105
      (314) 354-8484/Facsimile (314) 354-8271
      Email:  jrogers@rsblawfirm.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 25-CR-20560 |
| | ) |
| MICHELLE BRANNON, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Sarah Resnick Cohen, assistant United States attorney.

**Motion for Extension of Time to File Pretrial Motions**

ROGERS SEVASTIANOS & BANTE, LLP

By: /s/   *John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
Email:  jrogers@rsblawfirm.com