UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                          Case No. 2:25-cr-20560-TGB-KGA
                                              Hon. Terrence G. Berg

David Taylor, et al.,

                    Defendant(s),

## ORDER REQUIRING RESPONSE

The defendant, David Taylor, has filed the following document:

      Motion for Reconsideration – #64

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before November 26, 2025.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before December 3, 2025.

                                            s/Terrence G. Berg
                                            Terrence G. Berg
                                            U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                         By: s/Emily P Vradenburg
                                              Case Manager

Dated:  November 12, 2025