AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cr-20560 |
| David Taylor, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 11/12/2025

*Lindsey Roberson*
Attorney's signature

Lindsey Roberson NC 37749
*Printed name and bar number*

150 M St NE
Washington DC 20002
*Address*

Lindsey.Roberson@usdoj.gov
*E-mail address*

(202) 353-5153
*Telephone number*

(202) 353-8154
*FAX number*