# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    *Plaintiff*,       Case No. 2:25-CR-20560

    -V-      HON. TERRENCE G. BERG

**DAVID TAYLOR,**

    *Defendant*.

PERKINS LAW GROUP, PLLC
TODD RUSSELL PERKINS (P55623)
615 Griswold, Suite 400
Detroit, Michigan  48226
(313) 964-1702
E-Mail: Tperkins@perkinslawgroup.net

## APPERANCE OF COUNSEL FOR DAVID TAYLOR

**PLEASE TAKE NOTICE that** the **PERKINS LAW GROUP, PLLC,** by and through, **TODD RUSSELL PERKINS**, does hereby enter an appearance on behalf of **DAVID TAYLOR**, in above-noted cause(s) of action.

    Respectfully submitted,

    THE PERKINS LAW GROUP, PLLC
    /s/ Todd Russell Perkins
    Todd Russell Perkins

                                        615 Griswold, Ste. 400  
                                        Detroit, MI 48226  
                                        (313) 964-1702  
                                        (313) 964-1980 fax  
                                        tperkins@perkinslawgroup.net

DATED : DECEMBER 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing papers with the Clerk of court using the ECF system, which will send notification of such a filing to all ECF participants.

Respectfully submitted,

THE PERKINS LAW GROUP PLLC
/s/ Todd Russell Perkins
Todd Russell Perkins
615 Griswold, Ste. 400
Detroit, MI 48226
(313) 964-1702
(313) 964-1980 fax
tperkins@perkinslawgroup.net