UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 DAVID TAYLOR,
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

    Defendants.
    _____/

Criminal No. 25-cr-20560

Honorable Terrence G. Berg

## ORDER UNSEALING FIRST SUPERSEDING INDICTMENT AND ARREST WARRANT

For the reasons stated in the government's motion, it is ordered that the first superseding indictment and arrest warrant be unsealed.

**IT IS SO ORDERED.**

s/ Anthony P. Patti
_____
Anthony P. Patti
United States Magistrate Judge

Entered: February 12, 2026