AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Sarah Resnick Cohen   Telephone: (313) 226-9100
Special Agent: Erica Kelley, FBI   Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

RECEIVED
By Amy Godlewski at 3:45 pm, Feb 11, 2026

United States of America
v.
Kathleen Klein

25-20560

FILED
FEB 17 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Kathleen Klein,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In violation of 18 U.S.C. § 1594(b), Conspiracy to Commit Forced Labor.

Date: FEB 11 2026

City and state: DETROIT, MICHIGAN

_Monica Sylvester_
Issuing officer's signature

Monica Sylvester
Printed name and title

### Return

This warrant was received on (date) 02/12/26, and the person was arrested on (date) 02/12/26
at (city and state) Detroit, MI.

Date: 02/12/26

_Edwin Peh_
Arresting officer's signature

Edwin Rehyers DUSM
Printed name and title

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA