## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID TAYLOR,

      Defendant.
_____/

Case No. 2:25-cr-20560
Hon. Terrence G. Berg

## **NOTICE OF APPEAL**

Notice is hereby given that DAVID TAYLOR, defendant herein, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the district court's order denying his Motion to Revoke Detention Order and timely filed Motion for Reconsideration of that order, respectively entered by the district court on October 21, 2025 [R.E. 58] and February 13, 2026 [R.E. 108].

Respectfully Submitted,

*/s/ Allison Kriger*
Allison Kriger (P76364)
Attorney for David Taylor
*LaRene & Kriger, PLC*
allison.kriger@gmail.com

*/s/ Laurence H. Margolis*
Laurence H. Margolis (P69635)
Attorney for David Taylor
*Margolis & Cross*
larry@lawa2.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 2:25-cr-20560
                                                 Hon. Terrence G. Berg

v.

DAVID TAYLOR,

       Defendant.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF APPEAL** upon all attorneys of record for this matter via the Case Management/Electronic Case Files (CM/ECF) system for the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.

Submitted this 26th day of February, 2026.

                                        Respectfully submitted,

                                        */s/Allison Kriger*
                                        Allison Kriger (P76364)
                                        Attorney for David Taylor

                                        */s/Laurence H. Margolis*
                                        Laurence H. Margolis (P69635)
                                        Attorney for David Taylor