UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No.: 2:25-CR-20560-TGB-KGA |
| | ) | |
| DAVID TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COME NOW N. Scott Rosenblum and the firm of Rosenblum Schwartz Fry & Johnson and move this Honorable Court to withdraw as counsel for David Taylor.  In support of this request, counsel states as follows:

1. Counsel entered his appearance on behalf of Defendant on September 8, 2025. Since that date, three additional privately retained attorneys have entered their appearances on behalf of the Defendant.

2. After conversations with Defendant and other members of the Defense team, it was determined the best course of action was for undersigned counsel and his firm to withdraw from Defendant's case.

3. Because Defendant has multiple remaining, retained attorneys currently entered on and actively involved in this case, undersigned counsel does not believe his withdrawal would delay the proceedings in any meaningful way.

1

WHEREFORE, for the aforementioned reasons, N. Scott Rosenblum and the firm of Rosenblum, Schwartz, Fry & Johnson hereby request this Honorable Court grant this motion to withdraw from this case.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON

By:     */s/ N. Scott Rosenblum*
N. SCOTT ROSENBLUM, #33390MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.