**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

              Plaintiff,                   Case No. 2:25-cr-20560

v.                                Hon. Terrence G. Berg

D-1 DAVID TAYLOR,

              Defendant.

_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT D TO RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD [ECF NO. 139]**

DEFENDANT DAVID TAYLOR, respectfully requests that this Court enter an Order permitting him to file under seal Exhibit D to his Response in Opposition to Motion for Leave to File Exhibits Using the Media File Upload, which was filed in the early morning hours on May 12, 2026 [ECF No. 139]. Exhibit D contains personal identifying information (PII) of non-parties, including first and last names, phone numbers, mailing addresses, and email addresses, and, thus, pursuant to the modified protective order [ECF No. 133], such sealing is required where redaction would be impracticable. Given the exhibit is 169 pages long and PII is contained throughout, redaction would be impracticable.

Sealing is additionally justified because this information is protected by the clergy-penitent privilege. *See, generally,* Response in Opposition to Motion for

1

Leave to File Exhibits Using the Media File Upload.

In an email dated May 13, 2026, the government stated it had no objection to the relief requested.

WHEREFORE, Defendant Taylor prays for the entry of an Order permitting him to file under seal Exhibit D to his Response in Opposition to Motion for Leave to File Exhibits Using the Media File Upload.

Respectfully Submitted,

*s/ Allison L. Kriger*
ALLISON L. KRIGER (P76364)
LaRene & Kriger, P.L.C.
Attorney for Defendant Taylor
500 Griswold Street, Suite 2400
Detroit, MI 48226
(313) 967-0100
akriger@larenekriger.com

DATED: May 13, 2026

2