MIE (Rev: 9/09) Order Re: Disqualification of Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),                              Case No.  25-20560

v.                                                            Honorable  Linda V. Parker

DAVID TAYLOR, et al.,

                    Defendant(s).
_____/

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LCrR 57.10(c), this case be reassigned by blind draw to another judge of this court.

Date:  May 26, 2026                              s/Linda V. Parker
                                                Linda V. Parker
                                                U.S. District Judge

_____

Pursuant to this order, this case is reassigned to Judge   Susan K. DeClercq                    .
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  May 27, 2026                              s/ S Schoenherr
                                                Deputy Clerk