# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 2:25-cr-20560

v.                                        Hon. Susan Declercq

D-1 DAVID TAYLOR

        Defendant.

_____/

## NOTICE OF APPEARANCE

Please take notice that Andrew T. George of the law firm Bourelly, George, and Brodey PLLC respectfully enters his appearance as additional counsel for Defendant David Taylor in this matter.  In accordance with Local Rule 83.20, I hereby designate Allison Kriger, who has filed her appearance in this matter, as local counsel.

**Dated**:  June 22, 2026           Respectfully submitted,

                                          */s/ Andrew T. George*

                                       **BOURELLY, GEORGE + BRODEY PLLC**
                                        1050 30th Street NW
                                        Washington, D.C. 20007
                                        (202) 341-8805
                                        andrew.george@bgblawyers.com